**No. 57868.**—Pacific Customs Brokerage Co. v. United States, protest 184283–K (Portland, Maine).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States v. Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.